This summary sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by the Maine Rules of Court or by law. This form is required for the use of the Clerk of Court for the purpose of initiating or updating the civil docket. (SEE INSTRUCTIONS ON REVERSE)

| | |
|---|---|
| **I.** | **County of Filing or District Court Jurisdiction:** KENNEBEC |
| **II.** | **CAUSE OF ACTION** (Cite the primary civil statutes under which you are filing, if any.) *Pro se* plaintiffs: If unsure, leave blank. |
| **III.** | **NATURE OF FILING** <br> ☒ Initial Complaint <br> ☐ Third-Party Complaint <br> ☐ Cross-Claim or Counterclaim <br> ☐ If Reinstated or Reopened case, give original Docket Number _____ <br> (If filing a second or subsequent Money Judgment Disclosure, give docket number of first disclosure) |
| **IV.** | ☐ **TITLE TO REAL ESTATE IS INVOLVED** |
| **V.** | **MOST DEFINITIVE NATURE OF ACTION.** (Place an X in one box only) *Pro se* plaintiffs: If unsure, leave blank. |

**GENERAL CIVIL (CV)**

| Personal Injury Tort | Contract | Other Forfeitures/Property Libels |
|---|---|---|
| ☐ Property Negligence | ☐ Contract | ☐ Land Use Enforcement (80K) |
| ☐ Auto Negligence | **Declaratory/Equitable Relief** | ☐ Administrative Warrant |
| ☐ Medical Malpractice | ☐ General Injunctive Relief | ☐ HIV Testing |
| ☐ Product Liability | ☐ Declaratory Judgment | ☐ Arbitration Awards |
| ☒ Assault/Battery | ☐ Other Equitable Relief | ☐ Appointment of Receiver |
| ☐ Domestic Torts | **Constitutional/Civil Rights** | ☐ Shareholders' Derivative Actions |
| ☐ Other Negligence | ☐ Constitutional/Civil Rights | ☐ Foreign Deposition |
| ☐ Other Personal Injury Tort | **Statutory Actions** | ☐ Pre-action Discovery |
| **Non-Personal Injury Tort** | ☐ Unfair Trade Practices | ☐ Common Law Habeas Corpus |
| ☐ Libel/Defamation | ☐ Freedom of Access | ☐ Prisoner Transfers |
| ☐ Auto Negligence | ☐ Other Statutory Actions | ☐ Foreign Judgments |
| ☐ Other Negligence | **Miscellaneous Civil** | ☐ Minor Settlements |
| ☐ Other Non-Personal Injury Tort | ☐ Drug Forfeitures | ☐ Other Civil |

**CHILD PROTECTIVE CUSTODY (PC)**
☐ Non-DHS Protective Custody

**SPECIAL ACTIONS (SA)**
Money Judgment
☐ Money Judgment Request Disclosure

**REAL ESTATE (RE)**

| Title Actions | Foreclosure | Misc. Real Estate | |
|---|---|---|---|
| ☐ Quiet Title | ☐ Foreclosure for Non-pmt (ADR exempt) | ☐ Equitable Remedies | ☐ Nuisance |
| ☐ Eminent Domain | ☐ Foreclosure - Other | ☐ Mechanics Lien | ☐ Abandoned Roads |
| ☐ Easements | **Trespass** | ☐ Partition | ☐ Other Real Estate |
| ☐ Boundaries | ☐ Trespass | ☐ Adverse Possession | |

**APPEALS (AP) (To be filed in Superior Court) (ADR exempt)**
☐ Governmental Body (80B)   ☐ Administrative Agency (80C)   ☐ Other Appeals

**VI. M.R.Civ.P. 16B Alternative Dispute Resolution (ADR):**
☐ I certify that pursuant to M.R.Civ.P. 16B(b), this case is exempt from a required ADR process because:
  ☐ It falls within an exemption listed above (i.e., an appeal or an action for non-payment of a note in a secured transaction).
  ☐ The plaintiff or defendant is incarcerated in a local, state or federal facility.
  ☐ The parties have participated in a statutory prelitigation screening process with _____
     (name of neutral) on _____ (date).
  ☐ The parties have participated in a formal ADR process with _____ (name of neutral)
     on _____ (date).
  ☐ This is a Personal Injury action in which the plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption from ADR.

**VII. (a) ☑ PLAINTIFFS** (Name & Address including county)
or ☐ Third-Party, ☐ Counterclaim or Cross-Claim Plaintiffs
☐ The plaintiff is a prisoner in a local, state or federal facility.

Blake Harwood
63 Middle Street
Hallowell (Kennebec) ME 04347

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) If all counsel listed do NOT represent all plaintiffs,
(If *pro se* plaintiff, leave blank) specify who the listed attorney(s) represent.

Stephen C. Smith  Bar No. 8720
LIPMAN & KATZ, PA
PO Box 1051
Augusta, ME 04332-1051
207-622-3711

**VIII. (a) ☑ DEFENDANTS** (Name & Address including county)
and/or ☐ Third-Party, ☐ Counterclaim or ☐ Cross-Claim Defendants
☐ The defendant is a prisoner in a local, state or federal facility.

City of Waterville
One Common Street
Waterville, ME 04901

Brian Gardiner, individually and as Police Officer
Waterville Police Department
10 Colby Street
Waterville, ME 04901

Joseph Massey, individually and as Chief of Police
Waterville Police Department
10 Colby Street
Waterville, ME 04901

Adam Sirlos, individually and as Police Officer
Waterville Police Department
10 Colby Street
Waterville, ME 04901

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number)
(If known)

If all counsel listed do NOT represent all
defendants, specify who the listed attorney(s)
represent.

**IX. RELATED CASE(S) IF ANY** _____

Assigned Judge/Justice _____  Docket Number _____

Date: January 5, 2016

Stephen C. Smith
Name of Lead Attorney of Record or *Pro se* Party

Signature of Attorney or *Pro se* Party

c:

```
STATE OF MAINE                                    SUPERIOR COURT
KENNEBEC, ss                                      CIVIL ACTION
                                                  DOCKET NO.
```

| | |
|---|---|
| BLAKE HARWOOD, an individual residing in Hallowell, County of Kennebec, State of Maine, ) ) ) ) ) ) | |
| Plaintiff ) ) | |
| v. ) ) | Complaint |
| CITY OF WATERVILLE, ) ) | |
| JOSEPH MASSEY, in his official and individual capacity; ) ) ) | |
| BRIAN GARDINER, in his individual capacity; ) ) | |
| ADAM SIROIS, in his individual capacity; ) ) | |
| Defendants ) | |

NOW COMES, Plaintiff Blake Harwood, by and through his attorney, Stephen C. Smith, Esq., and hereby submits the following complaint against Brian Gardiner, et al:

## I. PRELIMINARY STATEMENT

1. Blake Harwood brings this action seeking relief for violations of his civil rights after being falsely arrested, subjected to excessive force, and malicious prosecution by the Waterville Police Department and

Officers Brian Gardiner and Adam Sirois; as result of these violations of his rights, Mr. Harwood was incarcerated, suffered physical injuries, emotional distress and fear, and incurred legal and medical expenses.

## II. PARTIES

2. At all times relevant to these claims, Blake Harwood was over the age of 18 and a resident of the State of Maine.
3. At all times relevant to these claims, the City of Waterville was a municipality in the State of Maine and the employer of the defendant police officers.
4. At all times relevant to these claims, Joseph Massey was the Chief of Police for the Waterville Police Department and the final policymaker for the Waterville Police Department, and responsible for the training and supervision of the police force.
5. At all times relevant to these claims, Joseph Massey was acting under the color of law as the Chief of Police for the Waterville Police Department and is sued in his official and individual capacity.
6. At all times relevant to these claims, Brian Gardiner was a police officer for the City of Waterville and acting under the color of state law as a police officer, and is sued in his individual capacity.
7. At all times relevant to these claims, Adam Sirois was a police officer for the City of Waterville and acting under the color of state law as a police officer, and is sued in his individual capacity.

## III. JURISDICTION

8. The Court has jurisdiction under 42 U.S.C. §1983, 5 M.R.S. §4681 et seq., along with the common law and statutory law of the State of Maine.

9. All incidents alleged within this complaint occurred within Kennebec County, Maine.

## IV. STATEMENT OF FACTS

10. Plaintiff Blake Harwood (hereinafter, "Plaintiff") is an individual residing in Hallowell, County of Kennebec, State of Maine.

11. Defendant Brian Gardiner (hereinafter, "Defendant Gardiner") is a police officer employed in that capacity with the city of Waterville, County of Kennebec, State of Maine.

12. Defendant Inland Hospital (hereinafter, "Defendant Inland") is a corporation with a principal place of business in Waterville, County of Kennebec, State of Maine.

13. Defendant John Doe (hereinafter, "Defendant Doe") is a currently unknown individual to the Plaintiff who is appropriately employed in the emergency room of Defendant Inland.

14. On or about August 5th, 2014, Plaintiff went to Maine General Hospital in Augusta, Maine seeking treatment for an eye infection, fungal rash, shortness of breath, dizziness and nausea.

15. While at Maine General Hospital Plaintiff was initially seen by nurse Jenna Marie Boulrissie.

16. After being maltreated by nurse Boulrissie and locked in a room at the hospital without legal authority and subsequently released. Plaintiff decided to go to Defendant Inland's facility in Waterville Maine.

17. Upon arriving at Defendant Inland's Emergency Room at approximately 9pm, Plaintiff was unable to locate anyone to assist him.

18. Feeling overwhelmed by his medical condition Plaintiff lay down on the floor of the Emergency Room.

19. John Doe, a person apparently employed by Defendant Inland in the Emergency Room found the Plaintiff.

20. Upon finding Plaintiff on the floor, Doe stated words to the effect of "If you don't get off the floor, fuck yourself".

21. Shortly after being spoken to by Doe, Defendant Gardiner and Officer Adam Sirois arrived in uniform, in his capacity as a Waterville Police Officer.

22. Immediately after arriving on the scene and, without provocation from the Plaintiff, Defendant Gardiner assaulted the Plaintiff by kicking him and kneeing him in the neck while calling him a "pussy".

23. As the Defendant's cuffed the Plaintiff, Defendant Gardiner unnecessarily tightened the handcuffs saying words to the effect of "is that tight enough pussy?"

24. In placing the Defendant in the car Defendant Gardiner threatened the Plaintiff by stating "don't cry pussy or I will mace you".

25. Defendant City of Waterville failed to adequately supervise Defendant Gardiner.

26. Defendant City of Waterville was negligent in training Defendant Gardiner.

27. Plaintiff suffered injuries to his neck and wrist as a result of Defendant's negligence.

28. Plaintiff suffered as a result of the Defendant's violation of his civil rights.

29. Plaintiff suffered injuries to his mental health.

## V. CLAIMS FOR RELIEF

### COUNT ONE

### *FALSE ARREST*
*(Pursuant to 42 U.S.C. § 1983 and Fourth Amendment of U.S. Constitution*
*and 5. M.R.S. § 4682 and Article 1 § 5 of the State of Maine Constitution)*

30. The Plaintiff incorporates all previously alleged paragraphs as if alleged herein.

31. Officers Gardiner and Sirois arrested Mr. Harwood without a warrant or any probable cause to believe he committed any crime.

32. The Waterville Police Department and Joseph Massey failed to properly train and supervise Officer Gardiner and Officer Sirois in the proper procedure and determination of probably cause before making an arrest.

33. As a direct and proximate result of the false arrest, Mr. Harwood's right to be free from arrest absent probable cause was violated, and he suffered a loss of liberty, pain and suffering, physical injuries, medical expenses, legal expenses, fear and anxiety, and emotional distress.

### COUNT TWO

### *EXCESSIVE FORCE*
*(Pursuant to 42 U.S.C. § 1983 and Fourth Amendment of U.S. Constitution*
*and 5. M.R.S. § 4682 and Article 1 § 5 of the State of Maine Constitution)*

34. The Plaintiff incorporates all previously alleged statements as if alleged herein.

35. Officer Gardiner and Officer Sirois used an excessive and unreasonable level of force against Mr. Harwood in conducting the arrest.

36. Mr. Harwood was not resisting arrest or using or threatening any physical force against the officers at any point during their encounter.
37. The Waterville Police Department and Joseph Massey failed to properly train and supervise Officer Gardiner and Officer Sirois in the proper use of force in effectuating an arrest.
38. As a direct and proximate result of the excessive use of force, Mr. Harwood's right to be free from the excessive and unreasonable use of force was violated, and he suffered a loss of liberty, pain and suffering, physical injuries, medical expenses, legal expenses, fear and anxiety, and emotional distress.

## COUNT THREE

### *MALICOUS PROSECUTION*
*(Pursuant to 42 U.S.C. § 1983 and Fourth Amendment of United States Constitution and Common Law of the State of Maine)*

39. The Plaintiff incorporates all previously alleged statements as if alleged herein.
40. The Defendant police officers acted maliciously in charging Mr. Harwood with criminal conduct in this matter as the officers knew or should have known there was no probably cause to support the charges.
41. The Waterville Police Department and Joseph Massey failed to implement a policy or custom to review the charges brought by its officers to assure probable cause existed before the charged proceeded.
42. As a direct and proximate result of the excessive use of force, Mr. Harwood's right to be free from the excessive and unreasonable use of force was violated, and he suffered a loss of liberty, pain and suffering,

physical injuries, medical expenses, legal expenses, fear and anxiety, and emotional distress.

## VI. REQUEST FOR RELIEF

43. As a result of the above constitutional violations the Plaintiff requests the following relief:
    i. Compensatory damages;
    ii. Punitive damages;
    iii. Attorney fees and costs pursuant to 42 U.S.C. § 1988, and 5 M.R.S. § 4683;
    iv. And all other monetary and equitable relief the Court finds appropriate.

DATED: January 5, 2016

Stephen C. Smith   Bar No. 8720
Attorney for Plaintiff
LIPMAN & KATZ, PA
P.O. Box 1051
Augusta, Maine 04332
(207) 622-3711

SERVE

STATE OF MAINE

| SUPERIOR COURT | | DISTRICT COURT |
|---|---|---|
| Kennebec , ss. | | Location _____ |
| Docket No. CV-16- | | Docket No. _____ |

Blake Harwood _____ Plaintiff

v.                                                     **SUMMONS**

City of Waterville _____ Defendant

One Common Street _____ Address
Waterville, ME 04901 _____

    The Plaintiff has begun a lawsuit against you in the (~~District~~) (Superior) Court, which holds sessions at (street address) __1 Court Street_____, in the Town/City of __Augusta_____, County of __Kennebec_____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (~~District~~) (Superior) Court, _____
__1 Court Street_____, __Augusta_____, Maine __04330__
  (Mailing Address)                           (Town, City)                     (Zip)
before, or within a reasonable time after, it is served.

## IMPORTANT WARNING

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

    If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: __1/11/16_____

(Seal of Court)

_____
Clerk

__Stephen C. Smith Bar No. 8720__
(Attorney for) Plaintiff
__PO Box 1051_____ Address
__Augusta ME 04332-1051__
__207-622-3711_____ Telephone

CV-030, Rev. 09/97

1/12/16
ARW

*SERVE*

STATE OF MAINE

SUPERIOR COURT
Kennebec_____, ss.
Docket No. CV-16-

DISTRICT COURT
Location _____
Docket No._____

Blake Harwood _____ Plaintiff

v.

SUMMONS

Adam Sirios _____ Defendant
Waterville Police Dept.
10 Colby Street _____ Address
Waterville, ME 04901

The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) _____1 Court Street_____, in the Town/City of _____Augusta_____, County of _____Kennebec_____, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District)(Superior) Court, _____
_____1 Court Street_____, _____Augusta_____, Maine _04330_
(Mailing Address)                (Town, City)              (Zip)
before, or within a reasonable time after, it is served.

## IMPORTANT WARNING

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: __1/11/16__

_____
Clerk

Stephen C. Smith     Bar No. 8720
(Attorney for) Plaintiff
PO Box 1051 _____ Address
Augusta, ME 04332-1051
207-622-3711 _____ Telephone

CV-030, Rev. 09/97

1/12/16
(ARW)