UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| BLAKE HARWOOD | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Civil Action Docket No. 1:16-cv-00039-NT** |
| | ) | |
| CITY OF WATERVILLE, | ) | |
| JOSEPH MASSEY, | ) | |
| BRIAN GARDINER, and | ) | |
| ADAM SIROIS | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Now come the parties in this matter, by and through undersigned counsel, and hereby stipulate to the dismissal of all claims against Defendants City of Waterville, Joseph Massey, Brian Gardiner, and Adam Sirois, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  The dismissal shall be with prejudice, and without costs to any party.

Dated: June 2, 2016

/s/ Justin W. Andrus
Justin W. Andrus
Law Office of Justin W. Andrus
25 Mill Street, Second Floor
Brunswick, ME 04011
(207) 449-3883
Justin@justinandrus.com

/s/ Kasia S. Park
Edward R. Benjamin, Jr.
Kasia S. Park
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101-2480
Telephone (207) 772-1941
ebenjamin@dwmlaw.com
kpark@dwmlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2016, I electronically filed the above Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

                                                 */s/ Justin W. Andrus*_____
                                                 Justin W. Andrus